IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY AYERS WILKE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACT. NO. 2:19-cv-349-ECM |
| ) | (WO) |
| KAYLA DRIGGERS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM OPINION and ORDER**

On September 26, 2019, the Magistrate Judge entered a Recommendation (doc. 8) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, and for good cause, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, and this case is DISMISSED without prejudice for Plaintiff's abandonment of his claims, his failure to prosecute this action, and his failure to comply with the orders of this Court.

A separate Final Judgment will be entered.

Done this 23rd day of October, 2019.

                                                /s/ Emily C. Marks
                                            EMILY C. MARKS
                                            CHIEF UNITED STATES DISTRICT JUDGE